1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #FL 0014255
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   CARLOS PEREZ
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,       ) No. CR-S-08-0374-JAM
                                   )
13              Plaintiff,         ) STIPULATION AND ORDER CONTINUING
                                   ) STATUS CONFERENCE
14      v.                         )
                                   )
15 CARLOS PEREZ,                   ) Date: December 16, 2008
                                   ) Time: 9:30 a.m.
16              Defendant.         ) Judge: John A. Mendez
   _____  )
17

18      It is hereby stipulated between the parties, Daniel McConkie,

19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20 Cusick, Assistant Federal Defender, attorney for defendant, JOSHUA

21 VAZQUEZ that the status conference hearing date of November 18, 2008 be

22 vacated and continued to December 16, 2008 at 9:30 a.m.

23      This continuance is requested as negotiations are continuing

24 between the parties and additional time is needed for defense

25 investigation.

26      It is further stipulated that the period from November 18, 2008

27 through and including December 16, 2008 should be excluded pursuant to

28 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and defense preparation.

2  Dated:  November 14, 2008          Respectfully submitted,

3                                     DANIEL J. BRODERICK
                                      Federal Defender
4

5                                     /s/ Lauren D. Cusick
                                      LAUREN D. CUSICK
6                                     Assistant Federal Defender
                                      Attorney for Defendant
7                                     JOSHUA VAZQUEZ

8
   Dated:  November 14, 2008          MCGREGOR W. SCOTT
9                                     United States Attorney

10
                                      /s/ Lauren D. Cusick for
11                                    DANIEL McCONKIE
                                      Assistant U.S. Attorney
12                                    per telephonic authorization

13
                        **O R D E R**
14
   IT IS SO ORDERED.
15
   Dated: 11/14/2008
16
                                      /s/ John A. Mendez
17                                    HON. JOHN A. MENDEZ
                                      United States District Judge
18

19

20

21

22

23

24

25

26

27

28

Stip and Order                        2