LAWRENCE G. BROWN
Acting United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR S-08-374 JAM |
| Plaintiff, | ) STATEMENT OF NON-OPPOSITION ) TO DEFENDANT'S MOTION TO |
| v. | ) DISMISS AND ORDER DISMISSING ) INDICTMENT |
| CARLOS PEREZ, | ) |
| Defendant. | ) |

    The defendant has filed a motion to dismiss the indictment as a violation of the statute of limitations. For the reasons set forth below, the government does not oppose the motion.

    At the time this case was filed, the government was unaware of the events and supporting documentation that the defendant has relied on in support of his motion. When an immigration agent interviewed the defendant in 1997, the paperwork from that interview was not properly consolidated into the defendant's A-files. When the defendant brought his motion to dismiss to the government's attention, additional research was conducted which verified that the immigration agent who interviewed the defendant knew of the defendant's identity and knew that he had previously

1

1 been deported. Accordingly, under the law of the Ninth Circuit,
2 the defendant was "found" in 1997 for purposes of a Title 8,
3 section 1326 prosecution. See <u>United States v. Hernandez</u>, 189 F3d
4 785 (9th Cir. 1999). The government is not aware of any reason
5 for which the statute of limitations could be tolled.
6    Therefore, pursuant to Rule 48(a) of the Federal Rules of
7 Criminal Procedure, the government asks the Court to file an
8 order dismissing the indictment.

                                    Respectfully submitted,

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

Date: *January 21, 2009*    By:  */s/ Daniel S. McConkie*
                                    DANIEL S. McCONKIE
                                    Assistant U.S. Attorney

                                    Attorneys for the Plaintiff
                                    UNITED STATES OF AMERICA


**O R D E R**

APPROVED AND SO ORDERED:


Dated: January 21, 2009     /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge